48 A.3d 1231

**Sidney MARTIN, Appellant**

v.

**DEPARTMENT OF CORRECTIONS John E. Wetzel, et al., Appellees.**

Supreme Court of Pennsylvania.

July 17, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of July, 2012, the Order of the Commonwealth Court is **AFFIRMED.**